**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane, Jr.**

Date:                October 4, 2006
Courtroom Deputy:    Bernique Abiakam
Court Reporter:      Gwen Daniel

Civil Action No. 06-cv-01928-JLK

| | |
|---|---|
| POWER PLATE NORTH AMERICA, INC., | Tamara A. Hoffbuhr |
| | Doug Friednash |
| Plaintiff, | |
| v. | |
| KEVIN YEAMAN, LK ENTERPRISES & INVESTMENTS, LLC, a Colorado limited liability company, IWC MARKETING CORP., a Canadian corporation, and VERTICAL VIBRATION VENTURES, LLC, a Colorado limited liability company, | Susan Bernhardt |
| | Kevin L. Opp |
| Defendants. | |

## COURTROOM MINUTES

**Petition for Temporary Restraining Order**

**9:48 a.m.      Court in session.**

Court's preliminary remarks.

Discussion regarding claims of relief.

9:58 a.m.      Plaintiff's witness John Wilson, called and sworn.

9:59 a.m.      Direct examination begins by Ms. Hoffbuhr.

Plaintiff's exhibit A offered and admitted.

10:04 a.m.     Continued direct examination by Ms. Hoffbuhr.

Plaintiff's exhibit B offered and admitted.

10:05 a.m.     Continued direct examination by Ms. Hoffbuhr.

Plaintiff's exhibit C offered and admitted.

*06-cv-01928-JLK*
*October 4, 2006*
*Temporary Restraining Order*

10:15 a.m.     Continued direct examination by Ms. Hoffbuhr.

Plaintiff's exhibit D offered and admitted.

10:23 a.m.     Continued direct examination by Ms. Hoffbuhr.

Plaintiff's exhibit E offered and admitted.

10:42 a.m.     Continued direct examination by Ms. Hoffbuhr.

10:51 a.m.     Cross examination begins by Ms. Bernhardt.

10:55 a.m.     Discussion regarding claim at issue.

10:56 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-1 and D-2 offered and admitted.

11:12 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-3 offered and admitted.

11:14 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-4 offered and admitted.

11:21 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-5 offered and admitted.

11:27 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-6 offered and admitted.

11:28 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-7 offered and admitted.

11:38 a.m.     Continued cross examination by Ms. Bernhardt.

Defendant's exhibit D-8 offered and admitted.

11:39 a.m.     Continued cross examination by Ms. Bernhardt.

*06-cv-01928-JLK*
*October 4, 2006*
*Temporary Restraining Order*

**11:48 a.m.**     **Court in recess.**

**1:38 p.m.**      **Court in session.**

1:39 p.m.          Plaintiff's witness, John Wilson, resumes the stand.
                   Continued cross examination by Ms. Bernhardt.

1:56 p.m.          Redirect examination by Ms. Hoffbuhr.

2:02 p.m.          Witness, John Wilson, excused.

2:03 p.m.          Plaintiff's witness, Edward Ian Marut, called and sworn.
                   Direct examination begins by Ms. Hoffbuhr.

Plaintiff's exhibit G offered and admitted.

2:06 p.m.          Continued direct examination by Ms. Hoffbuhr.

2:19 p.m.          Cross examination begins by Ms. Bernhardt.

2:23 p.m.          Witness excused.

2:24 p.m.          Defendant's witness, Lorraine K. Yeaman, called and sworn.
                   Direct examination begins by Ms. Bernhardt.

Defendant's exhibit D-10 offered and admitted.

2:29 p.m.          Continued direct examination by Ms. Bernhardt.

Defendant's exhibits D-11 and D-9 offered and admitted.

2:40 p.m.          Continued direct examination by Ms. Bernhardt.

2:46 p.m.          Cross examination begins by Ms. Hoffbuhr.

2:52 p.m.          Defendant's exhibit D-12 offered and admitted.
                   Redirect examination by Ms. Bernhardt.

2:54 p.m.          Witness excused.

Defendant's exhibit D-13 offered and admitted.

2:56 p.m.          Defendant's witness, Kevin Yeaman, called and sworn.
                   Direct examination begins by Ms. Bernhardt.

*06-cv-01928-JLK*
*October 4, 2006*
*Temporary Restraining Order*

Defendant's exhibit D-14 offered and admitted.

3:27 p.m.        Continued direct examination by Ms. Bernhardt.

Defendant's exhibit D-15 offered and admitted.

**3:53 p.m.        Court in recess.**

**4:03 p.m.        Court in session.**

4:04 p.m.        Cross examination begins by Ms. Hoffbuhr.

4:33 p.m.        Witness excused.

4:35 p.m.        Closing argument by Ms. Hoffbuhr.

4:46 p.m.        Closing argument by Ms. Bernhardt.

4:58 p.m.        The Court's findings and conclusions.

**Pursuant to Rule 65, the Court states that this hearing will be handled as a Motion for Preliminary Injunction, rather than a Motion For Temporary Restraining Order.**

**ORDERED:    Plaintiff's Motion For Temporary Restraining Order (Filed 9/27/06; Doc. No. 2) is DENIED.**

**ORDERED:    1.    The Defendants will not solicit plaintiffs' employees, as specified on the record.**

**2.    Each Defendant will turn over to the plaintiff all copies of customer lists, as specified on the record.**

**3.    Defendants will cease and desist from using in any manner the plaintiff's registered trademarks, as specified on the record.**

**ORDERED:    Colorado Law shall apply regarding the Covenant Not To Compete, as specified on the record.**

**The following are ORDERED, until further order of the Court:**

**1.    Defendants may not disparage plaintiff's product, personnel or marketing techniques, as specified on the record.**

**2.    Defendants may not disclose to any person or entity any information**

*06-cv-01928-JLK*
*October 4, 2006*
*Temporary Restraining Order*

> **contained in or derived from plaintiff's customer lists, as specified on the record.**

**ORDERED:** **Defendants are not enjoined from competing with the plaintiff, as specified on the record.**

**ORDERED:** **Each party shall be responsible for their own attorneys' fees and costs.**

**The Court advises counsel and the parties regarding the cost of litigation.**

**5:09 p.m.** **Court in recess.**

Total time in court: 5 hours 21 minutes.