IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1928-JLK**

**POWER PLATE NORTH AMERICA, INC.**,

        Plaintiff,

v.

**KEVIN YEAMAN,**
**LK ENTERPRISES & INVESTMENTS, LLC, a Colorado limited liability company,**
**IWC MARKETING CORP., a Canadian corporation, and**
**VERTICAL VIBRATION VENTURES, LLC, a Colorado limited liability company,**

        Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The parties' stipulated Motion for Stay (Doc. 21), filed in light of the parties' pending settlement, is GRANTED. All deadlines in this case are STAYED for a period of one week to December **5**, 2006.

---

Dated: November 28, 2006